UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

JOSE QUEZADA, Individually, and On Behalf of All Others Similarly Situated,

                              Plaintiff,

vs.

PRO-LITE INTERNATIONAL, INC.,

                              Defendant.

---------------------------------------------------------------x

Case No.: 1:22-cv-04513-JPC

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Jose Quezada hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendant Pro-Lite International, Inc.

DATED:  July 14, 2022                 **MIZRAHI KROUB LLP**

                                                      /s/ Edward Y. Kroub
                                                      EDWARD Y. KROUB

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY  10281
Telephone:  212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*

The Clerk of the Court is respectfully directed to close this case.

SO ORDERED.
Date: July 18, 2022
New York, New York

                                          JOHN P. CRONAN
                                     United States District Judge